# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Adeel Javed**<br>YOB: 2002; Citizen of Pakistan | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-01670MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 17, 2025, at or near Lukeville, in the District of Arizona, **Adeel Javed**, an alien, enter the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Adeel Javed** is a citizen of Pakistan. On March 17, 2025, agents found **Adeel Javed** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Adeel Javed** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Adeel Javed** admitted to illegally entering the United States of America from Mexico on or about March 17, 2025, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 19, 2025 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
   Reviewing AUSA: Hopkins