### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Adeel Javed**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No.  25-01670MJ-001-TUC-BGM**

Richard B. Bacal (CJA)
Attorney for Defendant

USM#: 67826-511

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/3/2025 to the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Improper Entry by Alien, a Petty offense, as charged in the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.**

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Thursday, April 03, 2025**

Case 4:25-mj-01670-BGM   Document 6   Filed 04/04/25   Page 2 of 2

25-01670MJ-001-TUC-BGM                                                                Page 2 of 2
USA vs. Adeel Javed

Dated this 3rd day of April, 2025.

Honorable Bruce G. Macdonald
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____                    By: _____
United States Marshal                                                                    Deputy Marshal

25-01670MJ-001-TUC-BGM- Javed